IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION FILE |
| v. ) | |
| ) | NO. 1:10-CR-31-3-TCB |
| ZHONG LIANG LI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is currently before the Court on the Report and Recommendation issued by Magistrate Judge C. Christopher Hagy [105]. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions. The Court ADOPTS AS ITS ORDER the Report and Recommendation [105]. Defendant Zhong Liang Li's amended motion to suppress [55] is hereby DENIED.

Trial is hereby set to begin Tuesday, November 30, 2010 at 9:30 a.m. in courtroom 1708. Motions in limine shall be filed on or before November 4, 2010 and responses to motions in limine shall be filed on or before November 11, 2010. A pretrial conference is hereby set for November 19, 2010 at 10:00 a.m. in courtroom 1708.

IT IS SO ORDERED this 28th day of September, 2010.

*/s/ Timothy C. Batten*
Timothy C. Batten, Sr.
United States District Judge